IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRIAN KEITH ARDWIN                                                                                    PLAINTIFF

v.                                            Civil No. 4:23-CV-04089-SOH-CDC

CAPTAIN TRACEY SMITH, Little River County Detention Center (LRCDC):
JAIL ADMINISTRATOR GINA BUTLER, LRCDC; and
SHERIFF BOBBY WALRAVEN, Little River County, Arkansas;                    DEFENDANTS

## ORDER

Plaintiff Brian Keith Ardwin, a prisoner, has filed this civil rights action pursuant to 42 U.S.C. § 1983, generally alleging that the defendants delayed or denied him medical care in violation of his constitutional rights while detained at the Little River County Detention Center ("LRCDC"). Plaintiff proceeds *pro se* and *in forma pauperis* ("IFP"). (ECF No. 3). This matter is before the Court on Plaintiff's unopposed Motion to Dismiss the claims against Defendant Walraven. *See* (ECF Nos. 27, 28).

## DISCUSSION

Plaintiff's Amended Complaint asserts two claims for relief under 42 U.S.C. § 1983. (ECF No. 8). First, Plaintiff says that while he was detained at the LRCDC, he repeatedly requested his seizure medication from June 27, 2023, to July 31, 2023, but Defendants Tracey Smith, Gina Butler, and Bobby Walraven made no effort to obtain his medication until after he suffered a seizure, which caused him to urinate on himself and resulted in a naval hernia. *Id.* Second, Plaintiff claims that Defendants Smith and Butler ignored two different dental referrals from two different providers on July 30, 2022, and August 2, 2023. *Id.* Plaintiff says that pain medication and antibiotics were ordered only after he filed grievances informing the defendants that he was experiencing pain. *Id.*

1

The Defendants have filed their Answer to the Amended Complaint. (ECF No. 10). And the Court has directed the Defendants to either file a motion for summary judgment on the issue of whether Plaintiff first exhausted his administrative remedies in accordance with 42 U.S.C. § 1997e(a) by May 13, 2024, or promptly file a notice informing the Court and parties that they do not intend to pursue such a defense at trial. (ECF No. 24). While Defendants' response to this Order has been pending, Plaintiff has filed the instant Motion to Dismiss. (ECF No. 27). In that Motion, Plaintiff requests to "cease all proceedings against defendant Bobby Walraven in case #4:23-cv-04089-SOH." The Defendants do not oppose.[1] (ECF No. 28).

Thus, this Court hereby **GRANTS** Plaintiff's unopposed motion, (ECF No. 27), to voluntarily dismiss Defendant Walraven from this action. All claims against Sheriff Bobby Walraven are therefore **DISMISSED WITHOUT PREJUDICE**. Further, the Clerk is **DIRECTED** to terminate Bobby Walraven as a defendant to this action.

Nothing in this order implicates Plaintiff's claims against Defendants Captain Tracey Smith and Jail Administrator Gina Butler. Those claims remain pending.

**IT IS SO ORDERED.**

DATED this 4th day of April 2024.

/s/ *Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has two civil rights actions pending in this District. *See Adrwin v. Smith, et al.*, Case No. 4:23-CV-04098-SOH-BAB (W.D. Ark. Oct. 13, 2023) (hereinafter "*Ardwin II*"). When Plaintiff filed a Motion to Dismiss Defendant Walraven in this case, he also filed a Motion to Dismiss Defendant Gina Butler in *Ardwin II*. *See Ardwin II* (ECF No. 23). It appears that both motions were originally filed into this case. The docket has since been corrected. Even though the Defendants' Response says they are unopposed to the voluntary dismissal of Defendants Walraven and Butler, (ECF No. 28), since Plaintiff's Motion only requests dismissal of Defendant Walraven in this case, this Order is limited to that request.